848

No. 194. STAR METAL MFG. CO. ET AL. *v.* ALLEN FILTER Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Hayward Fairbanks* for petitioners. *Mr. Percy H. Moore* for respondent.

No. 196. PACKARD MOTOR CAR Co. *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Robert Sherrod* and *Robert N. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 197. COUGHLIN *v.* SOUTHWESTERN BELL TELEPHONE Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. D. A. Simmons* and *Thomas H. Ball* for petitioner. *Messrs. Nelson Phillips* and *Jos. W. Jamison* for respondent.

No. 198. GAMBLE *v.* DANIEL, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Francis A. Brogan, Edgar M. Morsman, Jr.,* and *C. A. Sorensen* for petitioner. *Messrs. Arthur F. Mullen* and *Paul L. Martin* for respondent.

No. 200. HALPIN, TRUSTEE, *v.* SAVANNAH RIVER ELECTRIC Co. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. D. W. Robinson, E. H. Callaway,* and